IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FARHANG OSHIDARY,                                    No. C 12-2092 SI

      Petitioner,                                          **JUDGMENT**

  v.

GRACE PURPURA-ANDRIOLA, TRUSTEE
FBO GRACE PURPURA-ANDRIOLA
LIVING TRUST AND OLGA MICHEL BASIL,

      Respondents.
                                       /

On June 12, 2012, pursuant to 9 U.S.C. § 9, the Court confirmed the arbitration award entered by a Financial Industry Regulatory Authority ("FINRA") Arbitration Panel in FINRA Case Number 08-2259. The Court withheld entering judgment until respondents confirmed with this Court that they had withdrawn the parallel request to confirm the award which they had filed in the San Mateo County Superior Court. On June 27, 2012, respondents filed a declaration stating that the State Court request has been withdrawn. Judgment is therefore entered for respondent Grace Purpura-Andriola FBO Grace Purpura-Andriola Revocable Living Trust in the amount of $250,000 principal and interest at the rate of 7% per annum from April 1, 2001 until paid in full; and for Respondent Olga Michel Basil in the amount of $120,000 principal and interest at the rate of 7% per annum until paid in full.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 10, 2012

                                                    SUSAN ILLSTON
                                                    United States District Judge